JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN DREW EDWARDS, | Case No. CV 15-3851-JVS (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STU SHERMAN, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 5, 2016

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE